1 | BENJAMIN B. WAGNER
United States Attorney
2 | AUSA NAME
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700



FILED

JUL 2 9 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 2:11-0303 DAD
                                 )
4688 FOOTHILL BOULEVARD          )
OROVILLE, CALIFORNIA             )  ORDER RE: REQUEST TO UNSEAL
                                 )  SEARCH WARRANT AND SEARCH
                                 )  WARRANT AFFIDAVIT
                                 )
                                 )
                                 )
                                 )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 29, 2011

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1